Appeal from an order granting a motion for a bill of particulars.

PER CURIAM: The order should be modified by striking out that part of the order designated "2," because there is no allegation in the complaint that the plaintiff has paid out any money. The only allegation is that she will necessarily expend money in endeavoring to be cured. That portion of the order designated "1" may be permitted to stand in so far as to require a statement showing in detail how long the plaintiff has been prevented from attending to her business and deprived of her earnings, giving the nature of her business and the amount of income derived therefrom, or if employed, the amount of her salary. As thus modified, the order should be affirmed, without costs to either party. Present — O'Brien, P. J., Ingraham, McLaughlin, Laughlin and Houghton, JJ. Order modified as directed in opinion, and as modified affirmed, without costs.

Knickerbocker Trust Company, as Trustee, Respondent, v. O'Rourke Engineering Construction Company, Appellant.

*Pleading — bill of particulars.*

Appeal from an order granting a motion for a bill of particulars.

PER CURIAM: The defendant appeals from an order granting plaintiff's motion for a bill of particulars of certain matters alleged as a defense to the cause of action. We are of the opinion that a bill of particulars was properly ordered as to certain facts alleged and which are designated in the order "1" and "4." Plaintiff was not entitled to a bill of particulars as to the items designated "2" and "3," nor was it entitled to all of that designated "6." As to "6," plaintiff is entitled to a bill of particulars as to whether the agreement referred to in that item is in writing, and if not in writing, then a statement to that effect, and this is all it is entitled to under that item. The order appealed from, therefore, should be modified as here indicated, and as thus modified affirmed, without costs to either party. Present — Ingraham, McLaughlin, Clarke and Houghton, JJ. Order modified as indicated in opinion, and as modified affirmed, without costs.

Thomas P. McKenna, Respondent, v. Thomas Simpson and Frank B. French, Appellants, Impleaded with Michael Tully and Others. — Appeal from an order denying a motion to vacate an order for the examination of appellants before trial.

PER CURIAM: For the reasons stated in the opinion in *McKenna* v. *Tully* (109 App. Div. 598) the order appealed from should be affirmed, with ten dollars costs and disbursements. Present — O'Brien, P. J., Patterson, Ingraham, Clarke and Houghton, JJ. Order affirmed, with ten dollars costs and disbursements.